*Whitaker & Dukes,* contra.

---

### 13847.  PHILADELPHIA UNDERWRITERS *v.* FOLDS.

JENKINS, P. J. On this bill of exceptions of an insurance company to an order of a superior court, under the act approved August 14, 1916 (Ga. L. 1916, p. 128), appointing an umpire to ascertain certain damages by fire under a fire insurance policy, the Supreme Court having held, in answer to questions certified to it by this court, that such order "is not a judgment that can be reviewed by writ of error, and the Court of Appeals has not the power to entertain an assignment of error based thereon," the motion of the defendant in error to dismiss the writ of error must be granted. 156 *Ga.* 773 (120 S. E. 102).

*Writ of error dismissed. Stephens and Bell, JJ., concur.*

DECIDED DECEMBER 7, 1923.

Action on fire-insurance policy; from Carroll superior court—Judge Roop. June 15, 1922.

*Smith, Hammond & Smith, J. M. B. Bloodworth,* for plaintiff in error.

*Willis Smith,* contra.

---

### 14146.  MOORE *v.* AMERICAN NATIONAL BANK.

JENKINS, P. J. The Supreme Court having answered the controlling question in this case, certified to it by this court, adversely to the contentions of the plaintiff in error, the judgment of the superior court sustaining the certiorari must be affirmed. 156 *Ga.* 724 (120 S. E. 2).

*Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED DECEMBER 7, 1923.

Certiorari; from Bibb superior court—Judge Malcolm D. Jones. December 5, 1922.

*Roy W. Moore, Strozier & Deaver,* for plaintiff.

*Jones, Park & Johnston,* for defendant.